UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

JUAN ORTEGA, ET AL.,

             Plaintiffs.

  - against -

ARTERIORS HOME, L.P.,

             Defendant.
───────────────────────────────────

21-cv-10291 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant's answer was due by March 4, 2022. See ECF No. 12. The defendant has not yet filed an answer. The time for the defendant to answer is extended to March 18, 2022.

The conference scheduled for March 17, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          March 14, 2022

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge